Nathan Katzin and Edna L. Weiss, Appellants, v.
Nabco Liquidating Company et al., Appellees.

Gen. No. 42,489.

opinion filed May 23, 1944; rehearing denied June 6, 1944. Archie Schimberg and Maurice L. Davis, for appellants; Maurice L. Davis, of counsel; Hopkins, Sutter, Halls & DeWolfe, for certain appellees; Bell, Boyd & Marshall, for certain other appellees; Gardner, Carton & Douglas and Erwin W. Roemer, for certain other appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.